IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RICARDO and IRENE PUMAREJO | § § § | |
| Plaintiffs | § § | CIVIL ACTION NO 7:15-CV-00101 |
| vs. | § § § | |
| STATE FARM LLOYDS<br>Defendant | § § | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41 (a) (1) (A) (ii) Plaintiffs file this Stipulation of Dismissal as to Defendant "State Farm LLOYDS (State Farm)".

1. Plaintiff are Richardo and Irene Pumarejo. Defendant is STATE FARM LLOYDS.
2. On January, 27, 2015, Plaintiffs sued Defendant. Defendant removed this case to the United States District Court on March 1, 2015.
3. Plaintiff's RICHARDO PUMAREJO and IRENE PUMAREJO move to dismiss their claims against STATE FARM LLOYDS.
4. This case is not a class action.
5. A receiver has not been appointed in this case.
6. Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.
7. This dismissal is with prejudice to re-filing.

DATED: November 13, 2015.

_____
Richardo Pumarejo

_____   with permission
Irene Pumarejo                                            JRJ

Respectfully submitted,

V. GONZALEZ & ASSOCIATES, P.C.
121 North 10th Street
McAllen, Texas 78501
Telephone: (956) 630-3266
Facsimile: (956) 630-0383


/s/ Aloysius Peter Thaddeus, Jr.
**ALOYSIUS PETER THADDEUS, JR.**
State Bar No.19819500
Fed I.D. No. 0793
**VICENTE GONZALEZ**
State Bar No. 00798215
**ATTORNEYS FOR PLAINTIFF**


**AGREED:**

By:   /s/ Michael Klein
Michael Klein
State Bar No. 11563200
Michael.klein@sedgwicklaw.com
Lisa Magids
State Bar No. 24002600
Lisa.magids@sedgwicklaw.com
Sedgewick, L.L.P.
919 Congress Ave. Suite 1250
Austin, Texas 78701
**ATTORNEYS FOR DEFENDANT
AND STATE FARM LLOYDS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing document was sent by fax on the 13th day of November, 2015 to opposing counsel as follows:

*Via E-Mail and Via E-Service*
Michael Klien
Sedgwick, L.L.P.
919 Congress Ave., Suite 1250
Austin, Texas 78701

                                         */s/ Aloysius Peter Thaddeus, Jr.*
                                         Aloysius Peter Thaddeus, Jr.