United States District Court
Southern District of Texas
**ENTERED**
November 30, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RICARDO PUMAREJO, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 7:15-CV-101 |
| STATE FARM LLOYDS, | § § § | |
| Defendant. | § | |

## ORDER

The Court now considers the "Stipulation of Dismissal,"[1] filed by Ricardo and Irene Pumarejo ("Plaintiffs") and State Farm Lloyds ("Defendant") announcing to the Court that the parties agree to Plaintiffs dismissing their claims against Defendant. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. Since the stipulation of dismissal is signed by both Plaintiffs, as well as by counsel for both Plaintiffs and Defendant, the parties have effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 30th day of November, 2015.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 19.